IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS DAVIS-ODOM,<br><br>    Plaintiff,<br><br>    v.<br><br>SALLIE MAE BANK, et al.,<br><br>    Defendants. | Case No. 24-cv-05496-CRB<br><br>**ORDER DENYING JOINT MOTION TO DISMISS** |

    Plaintiff Nicholas Davis-Odom and Defendant Equifax Information Services, LLC jointly move to dismiss Equifax from this action. Stip. (dkt. 45). The parties assert that this dismissal is pursuant to Federal Rule of Civil Procedure 41(a). Id. at 2. An answer to Plaintiff's complaint has been filed in this action, see Equifax Ans. (dkt. 24); Sallie Mae Bank Ans. (dkt. 18), meaning that the dismissal must be by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

    The parties' stipulated motion to dismiss Equifax from this action is signed only by Plaintiff and Equifax; it was not signed by the other parties to this action. It is therefore inadequate under Rule 41(a) and is denied without prejudice. The parties may refile a stipulation of dismissal that complies with Rule 41(a)(1)(A)(ii).

    **IT IS SO ORDERED.**

Dated: June 3, 2025

CHARLES R. BREYER
United States District Judge